UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID YANOSIK,

    Plaintiff,

v.                        Case No: 2:17-cv-385-FtM-29MRM

AMAZULU TRANSPORT INC. and
DALE SENECAL,

    Defendants.

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #12), filed October 3, 2017, recommending that plaintiff's *pro se* Motion for Approval of Settlement (Doc. #11) be denied without prejudice and that plaintiff be ordered to elect one of two options provided. No objections have been filed and the time to do so has expired. The deadline of October 31, 2017, to elect an option[1] has also expired with no action. (Doc. #12, p. 8.)

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982),

---

[1] The options provided were to file an amended motion and amended settlement agreement that addresses certain identified issues, or to serve defendants with process.

cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge. The Court notes that the docket reflects that service forms were completed and returned to the Clerk on October 17, 2017.

Accordingly, it is now

**ORDERED:**

1.  The Report and Recommendation (Doc. #12) is hereby **adopted** and the findings **incorporated** herein.

2.  *Pro se* plaintiff's Motion for Approval of Settlement (Doc. #11) is **denied** without prejudice.

3.  The Clerk shall forward the forms to the United States Marshal to effect service of process without prepayment of costs

or fees pursuant to the July 13, 2017 Order (Doc. #6) of the Magistrate Judge.

**DONE and ORDERED** at Fort Myers, Florida, this __3rd__ day of November, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Mac R. McCoy
United States Magistrate Judge

Counsel of Record
Unrepresented parties